# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR159 |
| | ) | |
| vs. | ) | **AMENDED ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| | ) | |
| A.J. SIDNEY KERCHEVAL, | ) | |
| | ) | |
| Defendant. | ) | |

This application for an order for a Writ of Habeas Corpus Ad Prosequendum (Filing No. 33)[1] is granted.

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 3rd day of February, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] This Amended Order amends Order (Filing No. 33) to properly reflect the appropriate filing number for the Motion for Writ of Habeas Corpus Ad Prosequendum. The correct citation is (Filing No. 33) and not (Filing No. 9).